**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOY YYUVONE HEIDELBERGER**                                                        **PLAINTIFF**

v.                         **Case No. 4:20-cv-00507-KGB**

**LLOYD & MCDANIEL PLC and**
**PORTFOLIO RECOVERY ASSOCIATES LLC**                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Joy Yyuvone Heidelberger's motion to dismiss with prejudice (Dkt. No. 2). The Court interprets Ms. Heidelberger's motion as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). For good cause shown, the Court grants Ms. Heidelberger's voluntary motion to dismiss (Dkt. No. 2). The Court dismisses with prejudice Ms. Heidelberger's claims.

It is so ordered this 27th day of January, 2021.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge