IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOY YYUVONE HEIDELBERGER                                              PLAINTIFF

v.                        Case No. 4:20-cv-00507-KGB

LLOYD & MCDANIEL PLC and
PORTFOLIO RECOVERY ASSOCIATES LLC                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Joy Yyuvone Heidelberger's complaint is dismissed with prejudice (Dkt. No. 1).

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge